AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants*
*Macelen Kleer, Curtis Rigney,*
*Micheal Minev, and Davis Rivas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLAS T. MASON,<br><br>    Plaintiff,<br><br>v.<br><br>C. RIGNEY, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00676-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Nicolas T. Mason, and Defendants, Macelen Kleer, Curtis Rigney, Micheal Minev, and Davis Rivas, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

//
//
//
//
//

DATED this 30 of APRIL 2025.

By: _____
Nicolas T. Mason
*Plaintiff, pro se*

DATED this 29th of April, 2025.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED this 7th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE
RICHARD F. BOULWARE, II

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on July 3, 2025, I electronically filed the foregoing **STIPULATION AND AND ORDER FOR DISMISSAL WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Nicolas Mason, #1218822
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070

/s/ Andrea Beckett
**ANDREA BECKETT**, Employee of the Office of the Nevada Attorney General